UNITED STATES of America, Plaintiff–Appellee

v.

Gustavo Benitez ARANDA also known as, Leonel Villa Luna, Defendant–Appellant.

No. 04–50920.

United States Court of Appeals, Fifth Circuit.

Decided May 17, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Lucien B. Campbell, Federal Public Defender, Judy Fulmer Madewell, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellees unopposed motion to vacate sentence is granted.

IT IS FURTHER ORDERED that Appellees unopposed motion to remand the

case to the Western District of Texas, El Paso Division for resentencing is granted.

IT IS FURTHER ORDERED that Appellees unopposed motion to withdraw Appellees brief is granted.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.